JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH HENDLEY, | ) | No. ED CV 10-00415-SVW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SYLVIA H. GARCIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: December 5, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE